DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES R. GOODMAN,**
Appellant,

v.

**PALADIN FUND II, LLC,**
Appellee.

No. 4D17-2084

[February 8, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562011-CA-003406.

Stephen C. Breuer of Moffa & Breuer, PLLC, Plantation, for appellant.

Avri Ben-Hamo of Greenfield Law Group, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***